# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANNE TILLS** and **JAMES TILLS,**
Appellants,

v.

**HSBC BANK USA,** As Trustee for **MERRILL LYNCH MORTGAGE INVESTORS, INC.,** Mortgage Pass-Through Certificates, Mana Series 2007-A3,
Appellee.

No. 4D18-2084

[April 4, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 2016CA002011.

Kendrick Almaguer and Kerri Merrick of The Ticktin Law Group, Deerfield Beach, for appellants.

J. Kirby McDonough of Spencer Fane, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and LEVINE, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***